# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 09-0294-CG-C |
| | ) |
| M/V THE CROWN ROYAL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the plaintiff's Motion for Default Judgment (Doc. 32), in which the plaintiff moves for default judgment against defendants Richard J. Allen, Sheri A. Allen, and R&S LLC.

Upon due consideration, the motion is hereby **GRANTED**. **On or before May 11, 2010**, plaintiff is **ORDERED** to file a proposed default judgment, and is further directed to e-mail a WordPerfect or Word version of the proposed default judgment to chambers at efile_granade@alsd.uscourts.gov[1] in compliance with Section II(E)(4) of the Administrative Procedure for Filing Signing, and Verifying Documents by Electronic Means.

Plaintiff is further **ORDERED, no later than May 11, 2010,** to advise the court of its intent with respect to the in rem vessels, the M/V CROWN ROYAL and the M/V RESTLESS.

**DONE and ORDERED** this the 5th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] This e-mail address is not to be utilized to communicate with the court unless otherwise permitted or when communications are solicited by the court.