## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 09-0294-CG-C** |
| ) | |
| **M/V THE CROWN ROYAL, her engines** ) | |
| **tackle, furniture appurtenances, etc.,** ) | |
| **M/V RESTLESS, her engines, tackle,** ) | |
| **appurtenances, boats, etc., <u>in</u> <u>rem</u>, and** ) | |
| **RICHARD J. ALLEN, SHERI A. ALLEN,** ) | |
| **and R&S, LLC, an Alabama limited liability** ) | |
| **company, <u>in</u> <u>personam</u>,** ) | |
| ) | |
| Defendants. ) | |

**DEFAULT JUDGMENT**

This matter is before the court on the plaintiff's motion for default judgment against the in personam defendants. (Doc. 38)

Upon due consideration, the motion is hereby **GRANTED**.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that default judgment is entered in favor of plaintiff, United Bank, and against defendants Richard J. Allen, Sheri A. Allen, and R & S, LLC, separately and severally, and damages are awarded in the amount of TWO HUNDRED SEVENTY-SEVEN THOUSAND NINE HUNDRED TWENTY AND 57/100 DOLLARS ($277,920.57). Post-judgment interest shall accrue on this judgment at the rate of 0.27% per day pursuant to Title 28 § 1961 of the Federal Rules of Civil Procedure. Costs are taxed against the defendants.

The plaintiff shall file a motion for attorney's fees in compliance with Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54.3.

**DONE and ORDERED** this 10th day of August, 2010.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE