**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 09-0294-CG-C** |
| | ) | |
| **M/V THE CROWN ROYAL, her engines tackle, appurtenances, boats, etc., M/V Restless, her engines, tackle, appurtances, boats, etc., in rem, and RICHARD J. ALLEN, SHERI A. ALLEN, and R & S, LLC, an Alabama limited liability company, in personam,** | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DECREE CONFIRMING SALE**

WHEREAS, pursuant to the Order of this court (Doc. 58), the United States Marshal sold the M/V THE CROWN ROYAL n/k/a SHRIMPY TALES at judicial sale on October 27, 2010, to Bobby DeVaney, Jr., for the sum of EIGHT THOUSAND AND ZERO/100THS DOLLARS ($8,000.00), which was the highest bid offered at said sale, and there having been no written objections filed within five (5) days of the date of the sale, and Bobby Devaney, Jr. having performed the terms of the purchase;

IT IS HEREBY **ORDERED, ADJUDGED** and **DECREED** that the sale of the M/V THE CROWN ROYAL n/k/a SHRIMPY TALES is hereby **CONFIRMED**.

The United States Marshal is **ORDERED** to issue a Bill of Sale free and clear from all encumbrances, along with all other appropriate documentation to effect a proper legal conveyance to Bobby DeVaney, Jr. of the M/V THE CROWN ROYAL n/k/a SHRIMPY TALES, her engines, machines, fittings, tackle and all other appurtenances thereto belonging;

IT IS **ORDERED** that the the M/V THE CROWN ROYAL n/k/a SHRIMPY TALES, Official Number 1127375, be and the same is hereby released from seizure, and that Childress Marine, Inc. shall be discharged from its appointment as substitute custodian upon delivery of possession of the the M/V THE CROWN ROYAL n/k/a SHRIMPY TALES to Bobby DeVaney, Jr.

**DONE and ORDERED** this 3rd day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE