IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED BANK** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO: 1:09-cv-294-CG-C |
| | ) | |
| **M/V THE CROWN ROYAL, her engines,** | ) | |
| tackle, appurtenances, boats, <u>etc.</u>, M/V | ) | |
| **RESTLESS, her engines, tackle,** | ) | |
| appurtenances, boats, <u>etc.</u>, <u>in rem</u>, and | ) | |
| **RICHARD J. ALLEN, SHERI A. ALLEN,** | ) | |
| and R & S, LLC, an Alabama limited | ) | |
| liability company, <u>in personam</u>, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the order entered on this date granting plaintiff's Motion for Final Judgment (Doc. 68) it is **ORDERED, ADJUDGED** and **DECREED** that judgment is hereby entered in favor of the plaintiff, United Bank, and against defendants Richard J. Allen, Sheri A. Allen and R & S, LLC, jointly and severally, in the amount of $310,093.96, inclusive of interest, attorney's fees and court costs. Post-judgment interest will accrue at the statutory rate of 0.27% per day pursuant to Title 28 § 1961 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 8th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE